IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KONSTANTIN RUDMINSKY, et al.,          :        CIVIL ACTION

       vs.                                    :

PROGRESSIVE INSURANCE                  :        NO. 14-06441
COMPANY.

## O R D E R

**AND NOW, TO WIT:** This 22nd day of September, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                          **MICHAEL E. KUNZ**, Clerk of Court

                                       **BY:** /s/ Katie Furphy
                                              Katie Furphy
                                              Civil Deputy Clerk

Copies Emailed on 9/22/15 to:
  Neil Hoffman, Esq.
  Daniel J. Twilla , Esq.
  Jennifer L. Levan, Esq.

Civ 2 (7/83)

41.1(b)